In re Hebrard, Leonard; — Plaintiff/s); applying for supervisory and/or remedial writ; Parish of Jefferson, 24th Judicial District Court, Div. “H”, No. 93-2176; to the Court of Appeal, Fifth Circuit, Nos. 97-KH-0724, 97-KH-0927.
Writ granted. The district court is ordered to supply realtor with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. La. Const. art. XII Sec. 3; R.S. 44.31; State ex rel. Gray v. State, 97-0447, p. 9 (La. 9/5/97), 699 So.2d 74; cf. Range v. Moreau, 96-1607 (La. 9/3/96), 678 So.2d 537.
KNOLL, J., not on panel.